IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

LOIS MARIE OWEN and
THURMOND OWEN                                                                    PLAINTIFF

VS.                                       CASE NO. 08-CV-1058

AVIS RENT-A-CAR SYSTEMS, INC.;
LOUIS BAILEY; and MERCURY
INSURANCE CO.                                                                     DEFENDANTS

CORRECTED ORDER OF PARTIAL DISMISSAL

Before the Court is a Motion to Dismiss filed on behalf of Defendants Avis Rent-A-Car Systems, Inc. and Louis Bailey. (Doc. No. 60). The Court is advised that the matter between Defendants Avis Rent-A-Car Systems, Inc. and Louis Bailey and Plaintiffs Lois Marie Owen and Thurmond Owen has been resolved through settlement. Defendants request that the all claims against them be dismissed with prejudice. Upon consideration, the Court finds that the motion should be and hereby is **granted**. IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiffs' claims against Defendants, Avis Rent-A-Car Systems, Inc. and Louis Bailey, in the above styled and numbered case be, and hereby are **dismissed with prejudice**. All of Plaintiffs' rights to proceed with suit against any party not released herein are specifically reserved to Plaintiffs.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendants, Avis Rent-A-Car Systems, Inc. and Louis Bailey, should pay their own costs of court, as well as the court costs of Plaintiffs, Loris Marie Owen and Thurmond Owen, through the time of the filing of this Corrected Order of Partial Dismissal.

IT IS SO ORDERED, this 18th day of March, 2008.

                                                                                           /s/Harry F. Barnes
                                                                                          Hon. Harry F. Barnes
                                                                                          United States District Judge