IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

LOIS MARIE OWEN and
THURMOND OWEN                                                                                    PLAINTIFFS

VS.                                         CASE NO. 08-CV-1058

AVIS RENT-A-CAR SYSTEM, LLC;
LOUIS BAILEY; and MERCURY
INSURANCE CO.                                                                                    DEFENDANTS

# ORDER

Before the Court is Defendant Mercury Insurance Co.'s Motion for Summary Judgment. (Doc. No. 66). Plaintiffs have filed a response. (Doc. No. 71). Defendant has filed a reply to Plaintiffs' response. (Doc. No. 75). Plaintiffs have filed a sur-reply to Defendant's reply. (Doc. No. 76). For the reasons discussed in the Memorandum Opinion of even date, the Court finds that the Defendant's Motion for Summary Judgment should be and hereby is **granted.** Accordingly, the Plaintiffs' complaint against the Defendant Mercury Insurance Co. is hereby dismissed with prejudice.

IT IS SO ORDERED, this 22nd of May, 2009.

/s/Harry F. Barnes
Hon. Harry F. Barnes
United State District Judge